UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | : | |
|---|---|---|
| In re: | : | |
| | : | |
| Collin Bradley Clark | : | Case No.: 19-40131 |
| Lori Ann Clark | : | Chapter 7 |
| | : | Chief Judge Robert E. Grant |
| Debtor. | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |

## AGREED NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF
## (DOCKET NO. 13)

Now comes Nationstar Mortgage LLC d/b/a Mr. Cooper ("Creditor") by and through counsel, and the Standing Chapter 7 Trustee Edward Chosnek, and in support of this Agreed Notice of Withdrawal of Motion for Relief State as follows:

1. Creditor filed a Motion for Relief from Stay and Abandonment on May 21, 2019.

2. Since the filing of the Motion for Relief from Stay and Abandonment, the Trustee has determined that there is insufficient equity in the real estate to benefit the estate.

3. As such the Trustee believes that the objection should be withdrawn and Creditor's Motion should be granted as no other parties objected.

4. The parties respectfully request that the Objection to the Motion for Relief from Stay and Abandonment be withdrawn and the hearing currently scheduled for June 12, 2019 at 11:30 AM be removed from this Court's calendar.

Submitted by:

/s/ Sarah E. Barngrover
Sarah E. Barngrover (28840-64)
Edward H. Cahill (0088985)
Adam B. Hall (0088234)

1

19-013979_HAF

John R. Cummins (11532-10)
Amy E. Gardner (93532)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com




/s/ Edward Chosnek_____
Edward Chosnek
Chapter 7 Trustee
P.O. Box 708
Lafayette, IN  47902